# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS MAGANA, | ) Case No.: CV 12-3231 DSF (SHx) |
|     Plaintiff, | ) |
| vs. | ) |
| | ) JUDGMENT |
| NEW CENTURY MORTGAGE CORP., et al., | ) |
|     Defendants. | ) |

_____

The Court having dismissed the RICO claim for failure to prosecute and having declined supplemental jurisdiction over the remaining state law claims,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover just costs pursuant to 28 U.S.C. § 1920.

Dated: September 26, 2012

                                                    Dale S. Fischer
                                              United States District Judge